[Civil No. 554.]

THE LOTTIE MINING COMPANY, Plaintiff in Error, v. GEORGE WHITAKER, Defendant in Error.

ERROR to the District Court of the Fourth Judicial District in and for the County of Yavapai.  John J. Hawkins, Judge.

E. M. Sanford, for Plaintiff in Error.

Herndon & Norris, for Defendant in Error.

February 23, 1897.  Affirmed.

---

[Criminal No. 118.]

HARRY MURPHY et al., Appellants, v. THE TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Pima.  J. D. Bethune, Judge.

Charles Blenman, for Appellants.

J. F. Wilson, Attorney-General, for Respondent.

February 24, 1897.  Affirmed.

---

[Criminal No. 115.]

JOHN RODGERS, Appellant, v. THE TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Pima.  O. T. Rouse, Judge.

Rochester Ford, and Charles Blenman, for Appellant.

J. F. Wilson, Attorney-General, and William M. Lovell, for Respondent.

February 24, 1897.  Affirmed.